# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.:   2:23-cv-05127-AB-AS | Date:   October 16, 2023 |
|---|---|

| Title: | *Robert Cauley v. 12402 Washington Place, LLC et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] ORDER <u>SANCTIONING</u> PLAINTIFF and ORDERING PLAINTIFF TO SHOW CAUSE**

Plaintiff has failed to file a Proof of Service within 100 days of filing the Complaint, as required by the Court's ORDER RE: PROSECUTION OF CERTAIN CASES UNDER THE AMERICANS WITH DISABILITIES ACT (Dkt. No. 10). Plaintiff is therefore **<u>SANCTIONED $300</u>**. Plaintiff must pay the sanction to the Clerk's Office within 7 days of this Order.

The Court **<u>ORDERS</u>** Plaintiff to show cause by October 23, 2023 why this case should not be dismissed for lack of prosecution. The case will be dismissed if Plaintiff fails to timely respond.

**IT IS SO ORDERED**.

CC: Fiscal